UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AURORA OIL & GAS CORPORATION, | ) ) | Bankruptcy Case No.: 09-08254 (SWD) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| HUDSON PIPELINE & PROCESSING CO., LLC, | ) ) ) | Bankruptcy Case No.: 09-08255 (SWD) |
| Debtor. | ) ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Stephen B. Grow, on behalf of Joel H. Levitin, the applicant herein, moves this Court to grant Joel H. Levitin admission to the United States Bankruptcy Court for the Western District of Michigan, *pro hac vice*, to represent the above-captioned debtors and debtors-in-possession (together, the "Debtors"), and respectfully shows the Court as follows:

1. Applicant is an attorney at the law firm of Cahill Gordon & Reindel LLP with offices at 80 Pine Street, New York, New York 10005, (212) 701-3000 [Telephone], (212) 269-5420 [Facsimile], jlevitin@cahill.com [email].

2. Since 1987, the Applicant has been and presently is a member of and in good standing with the Bar of the Commonwealth of Pennsylvania, and since 1994, the Bar of the State of New York. The Applicant's Pennsylvania bar number is 51289.

3. The Applicant is also a member in good standing of the United States District Courts for the Eastern District of Pennsylvania and the Southern and Eastern Districts of New York. There are no disciplinary proceedings pending against the Applicant.

4. The Applicant has read and shall be bound by all rules, practices, and ethics that are applicable to all other attorneys admitted to practice before the United States District Court for the Western District of Michigan.

Wherefore, the Applicant prays that this Court enter an order permitting admission to the Western District of Michigan, *pro hac vice.*

SIGNED this 13th day of July 2009.

        WARNER NORCROSS & JUDD LLP

        /s/ Stephen B. Grow
        Stephen B. Grow (P39622)
        111 Lyon St. NW, Suite 900
        Grand Rapids, MI 49503
        (616) 752-2158
        Fax (616) 222-2158
        sgrow@wnj.com

        CAHILL GORDON & REINDEL LLP

        By: /s/ Joel H. Levitin
            Joel H. Levitin
            Eighty Pine Street
            New York, New York 10005
            Telephone: (212) 701-3000
            Facsimile: (212) 269-5420
            jlevitin@cahill.com

        *Proposed Attorneys for the*
        *Debtors and Debtors-in-Possession*