# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AURORA OIL & GAS CORPORATION, | ) ) | Bankruptcy Case No.: 09-08254 (SWD) |
| Debtor. | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| HUDSON PIPELINE & PROCESSING CO., LLC, | ) ) ) ) | Bankruptcy Case No.: 09-08255 (SWD) |
| Debtor. | ) ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

PRESENT: **HONORABLE SCOTT W. DALES**
United States Bankruptcy Court

Upon consideration of the Motion (the "Motion") for Admission filed on behalf of Joel H. Levitin of the law firm Cahill Gordon & Reindel LLP, to represent the above-captioned debtors and debtors-in-possession (together, the "Debtors"), and finding good cause for granting the Motion, it is hereby

ORDERED that Joel H. Levitin is granted admission *pro hac vice* to represent the Debtors in the above-captioned chapter 11 cases and matters related thereto.

**END OF ORDER**